# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 10, 2013

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

      Re:   Joseph Ruppert, as Trustee of Fairmount Park, Inc. Retirement
            Savings Plan
            v. Principal Life Insurance Company
            No. 12-1425
            (Your No. 11-2554)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on May 14, 2013 and placed on the docket June 10, 2013 as No. 12-1425.

                        Sincerely,

                        **William K. Suter**, Clerk

                        by

                        Jeffrey Atkins
                        Supervisor-Case Analyst Division