# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 18, 2013

Ms. Marjorie Krahn
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

      RE:  11-2554  Joseph Ruppert v. Principal Life Insurance Co.

Dear Clerk:

      Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                          Michael E. Gans
                          Clerk of Court

SRD

Enclosure(s)

      District Court/Agency Case Number(s):  4:07-cv-00344-JAJ