# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 10, 2013

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

>  Re:  Joseph Ruppert, as Trustee of Fairmount Park, Inc. Retirement
>        Savings Plan
>        v. Principal Life Insurance Company
>        No. 12M130
>        (Your No. 11-2554)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion for leave to file a petition for a writ of certiorari under seal with redacted copies for the public record is granted.

> Sincerely,
>
> *William K. Suter*
>
> **William K. Suter**, Clerk